UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

ROBERT DEREK LURCH, JR.,

                Plaintiff,         No. 23 Civ. 5249 (JHR) (OTW)

      -against-                        **ORDER**

THE CITY OF NEW YORK, et al.,

                Defendants.

------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court held a telephonic initial case management conference on October 5, 2023. Defendants shall file a letter **by Thursday, October 19, 2023**, addressing the summons issue as discussed at the conference. *Pro se* Plaintiff is directed to file a status letter on the docket **by Friday, December 1, 2023**, that shall address the following: (1) confirm Plaintiff's address is correct on the docket, and (2) inform the Court regarding the status of mediation.

The Clerk of Court is respectfully directed to serve a copy of this Order on *pro se* Plaintiff.

**SO ORDERED.**

                                                                   *s/ Ona T. Wang*

Dated: New York, New York                    **Ona T. Wang**
       October 5, 2023                        United States Magistrate Judge