UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
:
ROBERT DEREK LURCH, JR., :
:
Plaintiff, : No. 23 Civ. 5249 (JHR) (OTW)
:
-against- : **ORDER**
:
THE CITY OF NEW YORK, et al., :
:
Defendants. :
:
-----------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court has reviewed Defendant City of New York's letter. (ECF 23). Defendant's motion to stay this matter pending the outcome of *pro se* Plaintiff's parallel state court criminal proceeding is **DENIED**. The parties are directed to proceed with mediation. Defendant's motion for a thirty-day extension of time from January 29, 2024 to **February 28, 2024** to complete discovery is **GRANTED**.

The Clerk of Court is respectfully directed to serve a copy of this Order on *pro se* Plaintiff.

**SO ORDERED.**

Dated: New York, New York  
      October 30, 2023

                                        *s/ Ona T. Wang*  
                                        **Ona T. Wang**  
                                        United States Magistrate Judge