UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X

ROBERT DEREK LURCH, JR.,

                              Plaintiff,

          -against-

THE CITY OF NEW YORK, et al.,

                             Defendants.
-------------------------------------------------------------------- X

**ORDER TO PRODUCE INCARCERATED PERSON FOR DEPOSITION**

23 Civ. 5249 (JHR) (OTW)

**THE HONORABLE ONA T. WANG, United States Magistrate Judge:**

      Upon the application of defendants City of New York, and New York City Police Department Officers Michael Griffin and Md Islamsarker, and Sergeant Mihai Tudor for leave to take the deposition of Plaintiff Robert Derek Lurch, Jr. (DIN: 24-B-0013), an incarcerated person, and the Court having granted leave for the taking of plaintiff's deposition pursuant to Rule 30(a)(2)(B) of the Federal Rules of Civil Procedure:

      **IT IS HEREBY ORDERED**: (1) that the Warden or other official in charge at Cayuga Correctional Facility produce incarcerated person Robert Derek Lurch, Jr. (DIN: 24-B-0013), for the taking of his deposition by video conference on April 25, 2024 commencing at 10 a.m., and for so long thereafter as the deposition continues; (2) Robert Derek Lurch, Jr. (DIN: 24-B-0013), appear in such place as designated by the Warden or other official in charge of the Cayuga Correctional Facility so that his deposition may be taken; and (3) that also present at the deposition via video conference, will be a court reporter to be designated by defendants as well as the attorney for defendants.

Dated: New York, New York
           ____April 11____, 2024

SO ORDERED

_____
HON. ONA T. WANG
UNITED STATES MAGISTRATE JUDGE