UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
:
ROBERT DEREK LURCH, JR., :
:
                    Plaintiff, :    23-CV-5249 (JHR) (OTW)
:
        -against- :    **ORDER**
:
THE CITY OF NEW YORK, et al., :
:
                  Defendants. :
:
-----------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

       The Court has reviewed ECF 56. *Pro se* Plaintiff is directed to execute (1) a § 160.50 release for his arrest history, and (2) medical releases **by Friday April 26, 2024**. Fact discovery is currently scheduled to close on **Monday, April 29, 2024**. Fact discovery is **EXTENDED** to **Monday, May 13, 2024**. Defendants are directed to file a status letter **by Wednesday, May 15, 2024**.

       Defendants are directed to serve a copy of this order on *pro se* Plaintiff, and file proof of same on the docket. The Clerk of Court is respectfully direct to close ECF 56.

       **SO ORDERED.**

                                                                */s/ Ona T. Wang*
Dated: New York, New York                                           **Ona T. Wang**
       April 18, 2024                                           United States Magistrate Judge