UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
ROBERT DEREK LURCH, JR.,

                    Plaintiff,   :   23-CV-5249 (JHR) (OTW)

           -against-   :   **ORDER**

THE CITY OF NEW YORK, et al.,

                  Defendants.
-------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

      On April 25, 2024, I issued an Order denying Defendants' request to adjourn Plaintiff's deposition, made less than 17 hours before the scheduled deposition. (ECF 63). In that order, I noted that complying with an Order to Produce comes at a cost to both taxpayers and correctional facility personnel, and takes the incarcerated person out of their usual schedule. *Id*. Defendants filed a letter on April 29, 2024, requesting that I reconsider my Order and grant their motion to take Plaintiff's deposition on May 6, 2024. (ECF 65). Defendants' motion for reconsideration is **GRANTED**, and upon reconsideration, Plaintiff's deposition shall be held on **Monday, May 6, 2024**.

      The Court notes, however, that notice of the details provided in ECF 65 regarding steps Defendants took to re-schedule Plaintiff's deposition, such as conferring with Cayuga Correctional Facility on April 19, 2024, and serving Plaintiff with a revised Notice of Deposition on April 22, 2024, should have been timely provided to the Court. The Court further notes that because Plaintiff is incarcerated and *pro se*, and was only served on April 22, 2024, he, like the

1

Court, likely did not know of the changed deposition date ahead of April 25, 2024, the date it was to be conducted.

Defendants are directed to serve a copy of this order on *pro se* Plaintiff, and file proof of same on the docket.

**SO ORDERED.**

Dated: New York, New York
April 30, 2024

_/s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge