```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                             :
ROBERT DEREK LURCH, JR.,                                     :
                                                             :
                          Plaintiff,                         :   23-CV-5249 (JHR) (OTW)
                                                             :
              -against-                                      :   ORDER
                                                             :
THE CITY OF NEW YORK, et al.,                                :
                                                             :
                          Defendants.                        :
-------------------------------------------------------------x
```

**ONA T. WANG, United States Magistrate Judge:**

The Court is in receipt of *pro se* incarcerated Plaintiff's letter dated June 3, 2024, and filed June 11, 2024. (ECF 81). In my May 30, 2024 Order, I directed Plaintiff to respond to ECF 76 by Friday, June 7, 2024, after considering whether he might accept (1) sworn interrogatory responses pursuant to Fed. R. Civ. P. 33, or (2) sworn affidavit(s) in lieu of proceeding with depositions by written questions. (ECF 77). Plaintiff has indicated he is willing to accept sworn interrogatory responses. (ECF 81). Accordingly, Defendants are directed to treat Plaintiff's written deposition questions as interrogatories, and respond, in good faith, **by Thursday, June 27, 2024**.

Defendants are directed to serve a copy of this Order on *pro se* Plaintiff, and file proof of same on the docket.

**SO ORDERED.**

Dated: New York, New York
       June 20, 2024

                                                     */s/ Ona T. Wang*
                                                       **Ona T. Wang**
                                         United States Magistrate Judge