UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
ROBERT DEREK LURCH, JR.,

                    Plaintiff,                23-CV-5249 (JHR) (OTW)

         -against-                    **ORDER**

THE CITY OF NEW YORK, et al.,

                    Defendants.
-------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

It has come to the Court's attention that some of *pro se* incarcerated Plaintiff's interrogatories listed in ECF 38 and 39-1 may be missing from the docket and may have been scanned in error. ECF 38 at 1 is labeled by Plaintiff as page 1, and lists questions numbers 1–10. ECF 38 at 2 is labeled by Plaintiff as **page 3**, and lists questions numbers 18–25. It thus appears the second page of Plaintiff's document, which should include interrogatories 11–17, has not been filed on the docket. (ECF 38, 39-1). Plaintiff may refile interrogatories 11–17 on the docket **by Friday, July 18, 2024**.

Defendants' time to respond to Plaintiff's interrogatories 1–10 and 18–25 remains **July 18, 2024**, as directed in the Court's June 26, 2024 Order. (ECF 85).  Defendants are directed to respond to Plaintiff's interrogatories 11–17 by **July 31, 2024**.

1

Defendants are further directed to serve a copy of this Order on *pro se* Plaintiff, and file proof of same on the docket.

**SO ORDERED.**

Dated: New York, New York
June 28, 2024

*/s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge

2