UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

ROBERT DEREK LURCH, JR.,                                  :
                                                          :
                            Plaintiff,                    :       23-CV-5249 (JHR) (OTW)
                                                          :
            -against-                                     :       **ORDER**
                                                          :
THE CITY OF NEW YORK, et al.,                             :
                                                          :
                            Defendants.                   :
------------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court is in receipt of ECF Nos. 88, 89, and 90.

It had previously come to the Court's attention that Plaintiff's interrogatories as filed

(ECF Nos. 38, 39-1) may have been missing pages.  The Court issued an order permitting

Plaintiff to refile his interrogatories on the docket by Friday, July 18, 2024.  (ECF 86).  The Court

instructed Defendants that their time to respond to interrogatories 1–10 and 18–25 remained

July 18, 2024.  (ECF 86).  The Court further instructed Defendants that their time to respond to

Plaintiff's additional interrogatories, if any, would be July 31, 2024.  (ECF 86).

Plaintiff's refiled interrogatories (ECF 89) include a previously missing page, dated

February 2, 2024, that include (1) the remainder of interrogatory 25, and (2) the entirety of

interrogatory 26.  Accordingly, Defendants are directed to **respond to interrogatories 25 and 26**

**by July 31, 2024**.

Defendants' briefing schedule for their summary judgment motion remains unchanged

from the Court's June 12 memo endorsed order.  (ECF 80).

1

2

- Defendants' motion for summary judgment is due on July 29, 2024.

- Plaintiff's opposition papers, if any, are due on August 29, 2024.

- Reply papers, if any, are due on September 12, 2024.

Accordingly, Plaintiff's motion (ECF 88) is **DENIED** as moot.

Defendants are further directed to serve a copy of this Order on *pro se* Plaintiff, and file

proof of same on the docket.

**SO ORDERED.**

_/s/ Ona T. Wang_

Dated: New York, New York                                          **Ona T. Wang**
         July 22, 2024                                    United States Magistrate Judge