```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
                                                               :
ROBERT DEREK LURCH, JR.,                                       :
                                                               :
                              Plaintiff,                       :   23-CV-5249 (JHR) (OTW)
                                                               :
              -against-                                        :   ORDER
                                                               :
THE CITY OF NEW YORK, et al.,                                  :
                                                               :
                              Defendants.                      :
---------------------------------------------------------------x
```

**ONA T. WANG, United States Magistrate Judge:**

The Court is in receipt of ECF 112.

Plaintiff requests a status update on the parties' cross-motions for summary judgment. (ECF 112). On February 4, 2025, the Court issued a Report and Recommendation to Judge Jennifer H. Rearden regarding these motions. (ECF 113). Accordingly, Plaintiff's motion for a status update is denied as moot.

The Clerk of Court is respectfully directed to close ECF 112.

**SO ORDERED.**

Dated: New York, New York
       March 7, 2025

*/s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge